IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              CASE NO. 4:05CR00233-01

JAMES CARROLL EVANS

### AMENDED RESTITUTION ORDER

The government's Motion to Amend is granted (#19) and the June 22, 2006 Judgement and Commitment is amended to state that the amount of restitution owed and payable to Bank of America is $13,975.68 and that the total amount of restitution is $15,755.68. The total amount of $15,755.68 is joint and several with Johnny Sampson (4:06CR104-02) and Courtney Johnson (4:06CR00104-01). The remaining portions of the judgment will remain in full force and effect.

The Clerk of the Court is directed to send a copy of this Order to the United States Probation Office and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS   2   day of   January , 2008.


_____
James M. Moody
United States District Judge