IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    CASE NO. 4:05CR00233-01 JMM

JAMES CARROLL EVANS

### ORDER

The government's Second Motion to Amend Restitution is granted (#21). The June 22, 2006 Judgment and Commitment and the January 2, 2008 Amended Restitution Order are amended to state that restitution in the amount of $15,755.68 is joint and several between James Carroll Evans, Courtney Johnson (4:06CR00104-1 JMM), Johnny Sampson (4:06CR00104-02 JMM), and Valencia White (4:07CR00200 WRW). The remaining portions of the judgment will remain in full force and effect.

The Clerk of the Court is directed to send a copy of this Order to the United States Probation Office and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS   23   day of   June  , 2008.

James M. Moody
United States District Judge